**The parties have not shown good cause to modify the Scheduling Order.**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEANQUEST, LLC,<br><br>              Plaintiff,<br>v.<br><br>UnitedHealthcare Insurance Company, *et. al.*<br><br>              Defendants. | Case No.: 8:23-cv-00148-JWH-JDE<br><br>*Assigned to Hon. John W. Holcomb*<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND DEPOSITION, DISPOSITIVE MOTION, AND TRIAL DEADLINES** |

# [PROPOSED] ORDER

The Court, having considered the Parties' Joint Stipulation to Extend Deposition and Trial Deadlines, and good cause appearing therefore, IT IS HEREBY ORDERED THAT:

1. The deposition discovery cutoff is extended through April 10, 2026, for the sole purpose of taking depositions.

2. The remaining deadlines set forth in the Court's Order Granting Defendant's Motion to Extend Discovery Cut-Off (ECF 78) are modified as follows:

| Deadline | Old Date | New Date |
| --- | --- | --- |
| Jury Trial | June 22, 2026 | July 20, 2026 |
| Final Pretrial Conference | June 5, 2026 | July 10, 2026 |
| Hearing on Motions *in Limine* | May 29, 2026 | June 26, 2026 |
| Last Date to Hear Dispositive Motions | April 24, 2026 | May 22, 2026 |
| Deposition Discovery Cutoff | February 27, 2027 | April 10, 2026 |
| Last Date to Conduct Settlement Conference | March 13, 2026 | N/A |

3. This extension is granted without prejudice to either Party and not sought for purpose of delay.

IT IS SO ORDERED.

Dated: _____February 17_____, 2026

**DENIED**
BY ORDER OF THE COURT

Honorable John W. Holcomb
United States District Court Judge

- 1 -
[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND DEPOSITION AND TRIAL DEADLINES